UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24380-CV-COOKE
(11-20877-CR-COOKE)
MAGISTRATE JUDGE REID

LAZARO GINEBRA-VERA,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent
_____/

## **REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

This matter is before the Court on Movant's *pro se* Motion to Vacate filed pursuant to 28 U.S.C. § 2255. [ECF 1]. This cause has been referred to the Undersigned for Report and Recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2. [ECF 2].

In the Motion to Vacate, Movant, **Lazaro Ginebra-Vera**, seeks to challenge his federal criminal conviction and sentence following his guilty plea in the United States District Court for the Southern District of Florida. *See United States v. Ginebra-Vera*, **Case No. 11-20877-CR-COOKE**, *aff'd*, **Case No. 12-15401-CC**, 522 F. App'x 827, 829 (11th Cir. 2013) (*per curiam*).

Critically, Movant has already filed a motion to vacate this conviction pursuant to 28 U.S.C. § 2255 in this Court, and the motion was denied. *See Ginebra-Vera v. United States*, **Case No. 15-20113-CV-COOKE** at ECF 23, 2016 U.S. Dist. LEXIS 42515 (S.D. Fla. Mar. 30, 2016), *denial of Certificate of Appealability aff'd*, **Case No 16-11924-A** (11th Cir. Feb. 10, 2017).

As such, "[b]efore presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion." Rules Governing § 2255 Proceedings, Rule 9. As authorization has not been granted, this Court lacks jurisdiction to consider a second or successive § 2255 claim absent authorization from the United States Court of Appeals for the Eleventh Circuit. *See United States v. Winestock*, 340 F.3d 200, 207-09 (11th Cir. 2003); *see also* Rules Governing § 2255 Proceedings, Rule 9.

Accordingly, it is **RECOMMENDED** that Movant's Motion to Vacate [ECF 1] be **DISMISSED** for lack of jurisdiction.

Objections to this Report and Recommendation may be filed with the District Judge within fourteen days of receipt of a copy of such. Failure to do so will bar a *de novo* determination by the District Judge of anything in the Report and Recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn,* 474 U.S. 140, 149 (1985).

**SIGNED** this 25th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Lazaro Ginebra-Vera**
84155-004
Moshannon Valley
Correctional Institution
Inmate Mail/Parcels
555 Geo Drive
Philipsburg, PA 16866
*PRO SE*

3