UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24380-Civ-COOKE/REID

LAZARO GINEBRA-VERA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. 2.  On November 25, 2019, Judge Reid issued a Report and Recommendation of Magistrate Judge, recommending the Court deny the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) for lack of jurisdiction. ECF No. 3. Movant did not file objections to Judge Reid's Report, and the time to do so has passed.

Having considered Judge Reid's Report, the Motion to Vacate, and the relevant legal authorities, the Court finds Judge Reid's Report clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that the Court **ADOPTS** Judge Reid's Report and Recommendation of Magistrate Judge (ECF No. 3).  The Motion to Vacate (ECF No. 1) is **DENIED for lack of jurisdiction**. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 11th day of September 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Lazaro Ginebra-Vera*, pro se